69 A.3d 241

**Luis Enrique ANDUJAR, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, James Bruno, Esquire, Respondents.**

**No. 60 EM 2013.**

Supreme Court of Pennsylvania.

June 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**